UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

LYDIA L. MALONE,

                              Plaintiff,

    **-v.-**

                              Civil Action No.
                            1:08-cv-1249 (GLS/VEB)

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
--------------------------------------------------------------------------------

APPEARANCES:                      OF COUNSEL:

**FOR THE PLAINTIFF:**

LYDIA L. MALONE
Pro Se
232 Krumkill Road
Slingerlands, New York 12159

**FOR THE DEFENDANT:**

Social Security Administration    ANDREEA L. LECHLEITNER,
Office of Regional General Counsel  ESQ.
Region II
26 Federal Plaza - Room 3904
New York, New York 10278


GARY L. SHARPE,
U.S. DISTRICT JUDGE

# **ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Victor E. Bianchini, duly filed January 18, 2011.  Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge Victor E. Bianchini filed January 18, 2011 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED that the Commissioner's motion is DENIED, and it is further

ORDERED that the decision of the Commissioner is REVERSED and the case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. §405(g) for further administrative proceedings, and it is further

ORDERED, that the Clerk of the Court is to mail copies of the Order to the parties and by certified mail upon the plaintiff.

IT IS SO ORDERED

Dated:     March 2, 2011
           Albany, New York

*Gary L. Sharpe*
Gary D. Sharpe
U.S. District Judge

2